UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ABISHEK ABISHEK, | ) Case No. 5:26-cv-01285-PA-JDE |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| WARDEN OF THE DESERT VIEW FACILITY, et al., | ) |
| Respondents. | ) |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is: (1) GRANTED, in part, as to Count Two, with Respondents ORDERED to immediately release Petitioner subject to his preexisting parole; and (2) dismissing the remaining claims raised and relief sought in the Petition without prejudice.

Dated: April 21, 2026

PERCY ANDERSON
United States District Judge